UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Carol K. Schneider,	Civil No. 11-3030 (RHK/FLN)

        Plaintiff,	**DISQUALIFICATION AND
ORDER FOR REASSIGNMENT**

vs.

Citigroup, Inc., d/b/a Citibank
(South Dakota), N.A., a/k/a
Home Depot,

        Defendant.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 19, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: October 17, 2011

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge